IC

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

David J. Carlson
4840 N. Linder Ave Apt. 414
Chicago IL 60630
**Plaintiff(s),**

**vs.**

Blue Cross Blue Shield IL
300 E. Randolph St.,
Chicago, IL 60601 Attn Legal Department
**Defendant(s).**

Case No.: 1:26-cv-01286
Judge Georgia N. Alexakis
Magistrate Judge Keri L. Holleb Hotaling
RANDOM: Cv Cat 2

RECEIVED
FEB 04 2026 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

***This form complaint is designed to help you, as a*** **pro se** ***plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.***

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is David J. Carlson.

***If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.***

4. Defendant, ______________________________________________, is
(name, badge number if known)

☐ an officer or official employed by ____________________________________;
(department or agency of government)
__________________________________________________________________ or

☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5. The municipality, township or county under whose authority defendant officer or official acted is ___________________________________. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about_______________, at approximately ____________ ☐ a.m. ☐ p.m.
(month,day, year)
plaintiff was present in the municipality (or unincorporated area) of _____________
___________________________, in the County of _______________,
State of Illinois, at ______________________________________________,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

- ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
- ☐ searched plaintiff or his property without a warrant and without reasonable cause;
- ☐ used excessive force upon plaintiff;
- ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
- ☐ failed to provide plaintiff with needed medical care;
- ☐ conspired together to violate one or more of plaintiff's civil rights;
- ☐ Other:

__________________________________________________

__________________________________________________

______________________________________________________________.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (***Leave blank if no custom or policy is alleged***):______________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________.

8. Plaintiff was charged with one or more crimes, specifically:

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

9. (***Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"***) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows______________________________________________

______________________________________________________________.

☐ Other: ______________________________________________________.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (***Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.***)

My Doctor left me a message for my monjarou, and the next day I received a text from CVS Pharmacy to pick up my monjarou. 1/29/26

next Day ON 1/30/26 The Pharmacist had the medicine package in her hand and said I needed to call my Insurer. Blue Cross Blue Shield IL Denied me saying I needed to call my Doctor for a Stronger Dose. This was for my Third Monthly Installment. Saturday, Sunday, Monday I had a huge red dried out Rash on my neck area. I have pictures. Also, previously at CVS the pharmacist said will call you with your Insulin in about 10 minutes. when another pharmacist said no, she did not know. Did not know what-?

11. Defendant acted knowingly, intentionally, willfully and maliciously.

You would have to ask Blue Cross Blue Shield & CVS

12. As a result of defendant's conduct, plaintiff was injured as follows:

I have / had a large dried out discolored Rash on my neck, Painful and afraid it is to close to my Juglar.

I can not go with out Insulin.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

I keep going home without my Monjaure & Insulin. I have to get This corrected.

I believe there may be possibly Maliciousness to say the least.



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ ***(Place X in box if you are seeking punitive damages.)*** Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: [signature]

Plaintiff's name ***(print clearly or type)***: David J. Carlsen

Plaintiff's mailing address: 4840 N. Linder Ave Apt 414

City Chicago State IL ZIP 60630

Plaintiff's telephone number: 847 452-9584.

Plaintiff's email address ***(if you prefer to be contacted by email)***: Both please

Careertoday2003@Yahoo.com same → Careertoday2003@Yahoo.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

***If yes, please list the cases below.***

David J Carlsen vs Foley & Lardner Motorola

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***